```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CALVIN D.T. GUY,                                                       :
                                                                       :
                                Plaintiff,                             :
                                                                       :       20-CV-4508 (JPC)
              -v-                                                      :
                                                                       :           ORDER
ENERGY RESOURCES PERSONNEL LLC doing                                   :
business as DIG INN, DIG INN RESTAURANT GROUP                          :
LLC, DIG INN 1319 FIRST AVENUE LLC,                                    :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/16/2020__

JOHN P. CRONAN, United States District Judge:

The Court has been informed that the parties have reached an agreement to resolve this case (Dkt. 16). Accordingly, it is ORDERED that this action is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the agreement is not consummated. Any application to reopen must be filed by the aforementioned deadline, and any application to reopen filed thereafter may be denied solely on that basis. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are canceled. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: November 16, 2020
      New York, New York

                                      JOHN P. CRONAN
                              United States District Judge